**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Courtney R Boyd

Plaintiff,

v.

Case No.: 1:23−cv−01370
Honorable Sharon Johnson Coleman

Red Robin Gourmet Burgers, Inc.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 11, 2024:

MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant's motion to compel arbitration [24] is granted. This case is stayed pending arbitration. The parties shall file a status report on the progress of arbitration proceedings by September 30, 2024. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.